## Case No. 5,237.

GARDNER v. SIMPSON.

[2 Cranch, C. C. 405.] [1]

Circuit Court, District of Columbia. April Term, 1823.

Whereupon, THE COURT, at the prayer of the defendant's counsel, instructed the jury, that if they should be satisfied by the evidence, that the importation of the petitioner into the county of Washington was with the intent that he should be hired to remain for a limited time only, and not permanently, it was not such an importation as is within the first section of the act of Maryland of 1796, c. 67. Verdict for the defendant.

A bill of exceptions was signed and a writ of error taken out, but not prosecuted.

## Case No. 5,238.

GARDNER et al. v. TENNISON.

[2 Cranch, C. C. 338.] [1]

Circuit Court, District of Columbia. Oct. Term, 1822.

THE COURT (THRUSTON, Circuit Judge, absent), on motion of the plaintiff's counsel, instructed the jury, that if they should be satisfied by the evidence that the account was assigned by the plaintiffs to Lay, and that the defendant had notice of such assignment, his payments to the plaintiffs after such notice, could not be given in evidence in this action.